An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ASHLAND CAPITAL, LLC, A NEVADA
LIMITED LIABILITY COMPANY; AND
JAMES SCOTT,
Appellants,
vs.
UTILITIES INCORPORATED OF
CENTRAL NEVADA, A NEVADA
CORPORATION,
Respondent.

No. 61191

**FILED**

JUN 10 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order holding appellants in contempt and imposing sanctions. Fifth Judicial District Court, Nye County; Robert E. Rose, Judge.

On January 29, 2013, this court ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction, pointing out that no appeal ordinarily lies from an order holding a party in contempt. NRAP 3A(b); *Pengilly v. Rancho Santa Fe Homeowners Ass'n*, 116 Nev. 646, 649-50, 5 P.3d 569, 571 (2000). Our order cautioned appellants that failure to demonstrate jurisdiction could result in this court's dismissal of the appeal. To date, no response to our January 29 show cause order has been filed. Accordingly, as no appeal lies from an order holding a party in contempt, we lack jurisdiction and

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Parraguirre

_____, J.
Douglas

13-16935

cc:    Chief Judge, The Fifth Judicial District Court
         Hon. Robert E. Rose, Senior Justice
         Howard Roitman, Settlement Judge
         Timothy P. Post
         Lionel Sawyer & Collins/Reno
         Nye County Clerk